IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BRYAN McGUIRE and
DANA McGUIRE                                                                                    PLAINTIFFS

v.                                          Case No. 2:16-CV-02198

KOMAR SCREW CORPORATION
and MARVIN KOCIAN                                                                              DEFENDANTS

## **JUDGMENT**

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this case is REMANDED to the Circuit Court of Sebastian County, Arkansas, for further proceedings before that Court.

IT IS SO ADJUDGED this 3rd day of January, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE